IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 1:24-MJ-178 |
| | ) | |
| STEVEN KERTES, | ) | |
| | ) | Court Date: May 6, 2024 |
| | ) | |
| Defendant. | ) | |

CRIMINAL INFORMATION

Count I (Class A Misdemeanor – E1863916)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 26, 2024, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, STEVEN KERTES, did operate a motor vehicle in a careless and distracted manner such that his careless and distractive operation of the motor vehicle was the proximate cause of serious bodily injury to a lawfully present person on the highway, to wit: MV-1 ("minor victim"), a minor female pedestrian.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code Sections 46.2-816.1.)

Count II (Class A Misdemeanor)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 26, 2024, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, STEVEN KERTES, did assault MV-1, a minor female pedestrian, by striking her with his motor vehicle.

(In violation of Title 18, United States Code, Section 113(a)(4).)

Count III (Petty Offense – E1863915)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about February 26, 2024, at Fort Belvoir, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, STEVEN KERTES, did drive and fail to stop his motor vehicle for a pedestrian at a clearly marked crosswalk.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code Section 46.2-924.)

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:  _____/s/_____
M. Kyle Richardson
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: (703) 299-3896
Fax: (703) 299-3980
Email: matthew.richardson2@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 1, 2024, a true and correct copy of the Criminal Information was mailed to the defendant.

By:            /s/
      M. Kyle Richardson
      Special Assistant United States Attorney
      United States Attorney's Office
      Eastern District of Virginia
      2100 Jamieson Avenue
      Alexandria, VA 22314
      Phone: (703) 299-3896
      Fax: (703) 299-3980
      Email: matthew.richardson2@usdoj.gov