IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| UNITED STATES OF AMERICA, | )|
|---|---|
| v. | ) |
| STEVEN KERTES | ) Case 1:24-mj178 |
| *Defendant* | ) Hon. William E. Fitzpatrick |

## ORDER

This matter is before this Court upon the Government's Motion to Reconsider the Court's order entered on May 5, 2024 (Dkt. 5), which granted the Defendant's request to waive his initial appearance and set this matter for a bench trial. The Government is asking the Court to reconsider its decision, basing its requested relief upon the mistaken proposition " . . . (1) that waiving the initial appearance prohibits the Government from seeking conditions of release . . .; and (2) that a waiver under those circumstances appears to run afoul of the Crimes Victims' Rights Act ("CVRA").

The granting of the Defendant's request to waive his initial appearance does not preclude the Government from filing a motion seeking conditions of release or proffering any concerns raised by the victim or the victim's guardians. The government is free at any time to file a motion seeking conditions of release and in so doing may raise any issues of concern to the alleged victim. On the other hand, requiring a defendant represented by experienced counsel to

travel from Texas to Virginia for the sole purpose of an initial appearance serves no purpose and creates unnecessary expense.

After consideration of the pleadings, and for good cause, it is therefore

**ORDERED** that the Government's Motion to Reconsider is hereby **DENIED.** The bench trial remains as currently scheduled on June 4, 2024 at 10:00 am.

May 6, 2024
Alexandria, Virginia

William E. Fitzpatrick
United States Magistrate Judge